UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| AARON FARRER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  No. 1:16-cv-03418-TWP-DML |
| | ) |
| INDIANA UNIVERSITY, | ) |
| JASON CASARES, | ) |
| AMBER MONROE, | ) |
| ADAM J. HERMAN, | ) |
| KATHERYN A. SHIRK, | ) |
| HAROLD GOLDSMITH, | ) |
| VIVIAN HERNANDEZ, and | ) |
| MARION ZERFOSS, | ) |
| | ) |
| Defendants. | ) |

## Order on Motion to Modify Case Management Plan

Defendant Marion Zerfoss seeks an order staying her participation in discovery, including making initial disclosures, until the court rules on a pending motion to dismiss she has filed.  The plaintiff objects to her motion.

Ms. Zerfoss asserts that the interrogatories and document requests served by the plaintiff are burdensome and would require her to catalog and summarize information that the plaintiff already possesses since he relied on much of it in writing his complaint—a complaint that is 76 pages long and includes 451 pages of exhibits.  The exhibits include documents created or compiled by Indiana University and the Bloomington Police Department relating to their investigations into matters addressed in the complaint.

The plaintiff asserts that halting discovery is not appropriate because even if Ms. Zerfoss were dismissed, he would serve subpoenas on her to seek the same documents and to seek her deposition. In reply, Ms. Zerfoss notes that if she were a non-party, she could not be compelled to answer interrogatories and she contends, generally, that she does not have most of the requested documents.

The court finds that staying all discovery is not appropriate or efficient for case management. It is apparent from Ms. Zerfoss's motion and reply brief that it is not unduly burdensome for her to answer the discovery requests, and the plaintiff is entitled to know *from her* the extent of information and documents she possesses.

## Conclusion

For the foregoing reasons, Ms. Zerfoss's motion (Dkt. 38) to modify case management deadlines is DENIED. She must serve her initial disclosures within 10 days of the entry of this order on the docket, and must respond to the plaintiff's written discovery requests within 20 days.

So ORDERED.

Dated: October 31, 2017

Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record by email through the court's ECF system