UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| AARON FARRER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:16-cv-03418-TWP-DML |
| | ) | |
| INDIANA UNIVERSITY, | ) | |
| JASON CASARES, | ) | |
| AMBER MONROE, | ) | |
| ADAM J. HERMAN, | ) | |
| KATHERYN A. SHIRK, | ) | |
| HAROLD GOLDSMITH, | ) | |
| VIVIAN HERNANDEZ, | ) | |
| MARION ZERFOSS, | ) | |
| | ) | |
| Defendants. | ) | |

## SCHEDULING ORDER

Having approved the Case Management Plan as amended, the Court hereby sets the final pretrial conference on <u>February 6, 2019 at 10:00 a.m.</u> in Room 330, and the jury trial to begin on <u>March 4, 2019 at 9:00 a.m.</u> in Courtroom 344, Birch Bayh Federal Building and United States Courthouse, 46 East Ohio Street, Indianapolis, Indiana. The final pretrial conference is for attorneys only. At the final pretrial conference, Counsel shall be prepared to discuss the status of the action, including all matters requiring completion preparatory to trial.

Date:   11/13/2017

*Tanya Walton Pratt*

TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Hamish S. Cohen
MATTINGLY BURKE COHEN & BIEDERMAN LLP
hamish.cohen@mbcblaw.com

Matthew J. Kowals
MORSE BOLDUC & DINOS LLC
mkowals@morseandbolduc.com

Jonathan D. Mattingly
MATTINGLY BURKE COHEN & BIEDERMAN LLP
Jon.mattingly@mbcblaw.com

Peter C. Morse
MORSE BOLDUC & DINOS LLC
pmorse@morseandbolduc.com

Eric J. Rosenberg
ROSENBERG & BALL CO. LPA
erosenberg@rosenbergball.com

Tracy L. Turner
ROSENBERG & BALL CO. LPA
tturner@rosenbergball.com