IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| AARON FARRER, | |
| Plaintiff, | Case No. 1:16-CV-3418-TWP-DML |
| v. | |
| INDIANA UNIVERSITY, *et al.*, | |
| Defendant. | |

**PLAINTIFF'S NOTICE OF CAUSE**

Counsel for Plaintiff accidentally missed the status conference held on November 7, 2017 because the normal reminder from counsel's electronic calendar did not function properly on that day. Counsel was preparing a lengthy response brief due on November 8th in the case of *Gischel v. University of Cincinnati, et al.*, United States District Court for the Southern District of Ohio, Case No. 1:17-cv-00475-SJD, and lost track of time. Around 11:30 am, counsel realized she had not received the calendar reminder and that time had slipped by while writing the brief and she had missed the conference. Counsel called chambers at approximately 11:30 am, but the call had finished and was told to take no further action until receiving notice from the Court. Counsel for Plaintiff also contacted counsel for both parties after calling chambers on November 7, 2017 and received an update from them on the conference.

Plaintiff has diligently pursued discovery, and will continue to do so. Again, counsel apologizes for the inconvenience to the Court and opposing counsel, and represents to the Court that the overreliance on technology will not happen again.

Respectfully Submitted,

/s/ Tracy L. Turner,
Eric J. Rosenberg (0069958)
Tracy L. Turner, Of Counsel (0069927)
Rosenberg & Ball Co. LPA
395 North Pearl Street
Granville, Ohio 43023
740.644.1027 phone
866.498.0811 fax
eric.rblaw@gmail.com
tracy.rblaw@gmail.com

Counsel for Plaintiff

# CERTIFICATE OF SERVICE

This will certify that a copy of the foregoing was served this 14th day of November 2017 via the Court's electronic filing system on the following:

Peter C. Morse
Matthew Kowals
Morse Bolduc &
Dinos
25 East Washington
Street Suite 750
Chicago, Ill. 60602

Hamish S. Cohen
Jonathan D.
Mattingly
Mattingly Burke Cohen & Biederman
LLP 5255 Winthrop Ave., Suite 100
Indianapolis, IN. 46220

/s/ Tracy L. Turner,

Tracy L. Turner

1