UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| AARON FARRER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:16-cv-03418-TWP-DML |
| ) | |
| INDIANA UNIVERSITY, et al. ) | |
| ) | |
| Defendants. ) | |

## Entry Discharging Show Cause

The court, having reviewed the return to the order to show cause, hereby determines that the show cause issued to plaintiff's counsel on November 9, 2017 (Dkt. 44), for failure to appear for the November 7, 2017 status conference, is DISCHARGED without sanction.

So ORDERED.

Date: 11/14/2017

*Debra McVicker Lynch*
Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system