UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| AARON FARRER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:16-cv-03418-TWP-DML |
| | ) | |
| INDIANA UNIVERSITY, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

## Order Setting Settlement Conference and Related Deadlines

This case is set for a settlement conference on **May 10, 2018, at 9:30 a.m. (Eastern),** in Room 277, United States Courthouse, 46 East Ohio Street, Indianapolis, Indiana, before Magistrate Judge Debra McVicker Lynch.

**Unless excused by order of the court, clients or client representatives with complete authority to negotiate and communicate a settlement shall attend the settlement conference along with their counsel.** This requires the presence of each party, or the authorized representative of each corporate, governmental, or other organizational entity. Any insurance company that is a party, or is contractually required to defend or indemnify any party, in whole or in part, must have a fully authorized settlement representative present at the conference. That representative must have final settlement authority to commit the company to pay, in the representative's own discretion, the amount within the policy limits, or up to the plaintiff's last demand, whichever is lower. The purpose of this requirement is to have in attendance a representative who has the authority

to exercise discretion to settle the case during the settlement conference without consulting someone else who is not present.

**No other persons are permitted to attend the settlement conference without leave of court.**

**On or before three (3) business days before the conference, the parties shall submit (not file) a confidential settlement statement** setting forth a brief statement of: (1) relevant facts, including any key facts that the party believes are admitted or in dispute; (2) damages, including any applicable back pay, mitigation, compensatory and/or punitive damages, or any other special damages; (3) the existence of any applicable liens; and (4) any pending or anticipated dispositive or other substantive motions and citation to controlling precedent in support of their respective legal positions. The confidential settlement statement should not exceed five pages, and submission of exhibits should be kept to a minimum. Confidential settlement statements should be submitted by email to JudgeLynchChambers@insd.uscourts.gov.

**No later than six weeks before the settlement conference, Plaintiff(s) shall serve a settlement demand on Defendant(s), who shall serve a response no later than three weeks before the settlement conference. The parties shall submit (not file) courtesy copies of their respective demand and response at the time of service.** These should be emailed to the magistrate judge at JudgeLynchChambers@insd.uscourts.gov. There is no need to follow an email with a hard copy.

2

The court expects counsel will do what needs to be done in order to be ready for the settlement conference. The court will not look favorably on a motion to continue the settlement conference.

Failure to comply with any of the provisions in this order may result in sanctions.

So ORDERED.

Date: 2/21/2018

*Debra McVicker Lynch*
Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system