IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| AARON FARRER, | Case No. 1:16-cv-3418-TWP-DML |
| Plaintiff, | |
| vs. | |
| INDIANA UNIVERSITY, et al. | |
| Defendants. | |

**ORDER GRANTING THE PARTIES' JOINT MOTION TO EXTEND DISCOVERY AND DISPOSITIVE MOTION DEADLINES**

This matter, having come before this Court on the Parties' Joint Motion to Extend Discovery and Dispositive Motion Deadlines, and the Court being duly advised, hereby GRANTS said Motion.

IS HEREBY ORDERED, ADJUDGED and DECREED that the deadline to file non-expert witness discovery and discovery relating to liability issues is extended to July 13, 2018 and the deadline to file dispositive motions is extended to September 15, 2018.

So Ordered.

Date: 4/13/2018

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution to all ECF registered counsel of record.