IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| AARON FARRER, | |
| Plaintiff, | |
| vs. | Case No. 1:16-cv-3418-TWP-DML |
| INDIANA UNIVERSITY, et al. | |
| Defendants. | |

### ORDER GRANTING THE IU DEFENDANTS' AGREED MOTION TO EXTEND DEADLINE TO FILE STATEMENT OF CLAIMS AND DEFENSES

This matter is before the court on the IU Defendants' Agreed Motion to Extend Deadline to File Statement of Claims And Defenses (Dkt. 61). The court, being duly advised, now GRANTS the motion.

IT IS ORDERED that the deadline for the party with the burden of proof to file a statement of claims and defenses is extended to June 26, 2018.

Date: 5/2/2018

_____
Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system