UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| AARON FARRER, | ) |
|         Plaintiff, | ) |
|         v. | )   No. 1:16-cv-03418-TWP-DML |
| INDIANA UNIVERSITY, et al. | ) |
|         Defendants. | ) |

## Entry and Order from Settlement Conference

The plaintiff, in person and by counsel, and the defendants, by their authorized representatives and by counsel, appeared for a settlement conference on May 10, 2018, with the magistrate judge. The conference was held and concluded with the parties' agreement on settlement terms.

Therefore, all pending motions, if any, are now **DENIED AS MOOT** and all previously ordered dates relating to discovery, filings, schedules, conferences, and trial, if any, are **VACATED**.

Within thirty days of the date of this entry, counsel for the plaintiff shall file a motion to dismiss this cause and submit an order for the Court's signature ordering the dismissal of this action or a stipulation of dismissal (consistent with the agreement of the parties). Additional time to complete the execution of the settlement documents may be granted if requested in writing before expiration of this period.

So ORDERED.

Date: 5/14/2018

*Debra McVicker Lynch*
Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record by email through the court's ECF system