IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| AARON FARRER, | Case No. 1:16-cv-3418-TWP-DML |
| Plaintiff, | |
| vs. | |
| INDIANA UNIVERSITY, et al. | |
| Defendants. | |

**MOTION FOR EXTENSION OF TIME TO FILE STIPULATION OF DISMISSAL**

Come now Defendants Indiana University, Jason Casares, Amber Monroe, Vivian Hernandez, Katheryn A. Shirck, Adam Herman, Harold Goldsmith (collectively the "IU Defendants"), through counsel and respectfully request the Court continue the deadline to file the Stipulation of Dismissal by two (2) weeks, to and including June 27, 2018. In support, the IU Defendants state:

1. The current deadline to file the Stipulation of Dismissal is June 13, 2018.

2. This deadline has not yet passed.

3. Good cause exists to continue this deadline due to the fact that IU's General Counsel has been out of the country.

4. The Parties' reasonably require an additional two weeks to finalize their settlement.

5. The requested extension is made in good faith and is not made for purposes of undue delay.

6. The undersigned contacted Plaintiff's counsel, Tracey Turner, and Ms. Zerfoss' counsel, Peter Morse, regarding this request via email on June 13, 2018. Counsel do not object to this extension.

WHEREFORE, Indiana University, Jason Casares, Amber Monroe, Vivian Hernandez, Katheryn A. Shirck, Adam Herman, Harold Goldsmith respectfully request this Court continue the deadline to file the Stipulation of Dismissal by two (2) weeks, to and including June 27, 2018.

*/s/ Hamish S. Cohen*
Hamish S. Cohen, #22931-53
Jonathan D. Mattingly, #21011-41
MATTINGLY BURKE COHEN & BIEDERMAN LLP
155 E. Market St., Suite 400
Indianapolis, IN 46204
Phone: (317) 614-7320
Hamish.Cohen@mbcblaw.com
Jon.Mattingly@mbcblaw.com

*Attorneys for Defendants Indiana University, Jason Casares, Amber Monroe, Vivian Hernandez, Katheryn Shirk, Adam Herman and Harold Goldsmith*

## CERTIFICATE OF SERVICE

  I hereby certify that on June 13, 2018, a copy of the foregoing was filed electronically. Service of this filing will be made on ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the Court's system.

Eric J. Rosenberg
Tracy L. Turner
Rosenberg & Ball Co. LPA
395 North Pearl St.
Granville, OH 43023
erosenberg@rosenbergball.com
tturner@rosebbergball.com

Guy H. Haskell
Haskell Law
231 W. Dodds St.
Bloomington, IN 47403
ghaskell@haskell-law.org

                */s/ Hamish S. Cohen*
                Hamish S. Cohen