IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| AARON FARRER,<br><br>        Plaintiff,<br><br>vs.<br><br>INDIANA UNIVERSITY, et al.<br><br>        Defendants. | Case No. 1:16-cv-3418-TWP-DML |

**FOURTH MOTION FOR EXTENSION OF TIME**
**TO FILE STIPULATION OF DISMISSAL**

Come now Defendants Indiana University, Jason Casares, Amber Monroe, Vivian Hernandez, Katheryn A. Shirk, Adam Herman, Harold Goldsmith (collectively the "IU Defendants"), through counsel and respectfully request the Court continue the deadline to file Stipulation of Dismissal by two (2) weeks, to and including August 8, 2018. In support, the IU Defendants state:

1.  The current deadline to file Stipulation of Dismissal is July 25, 2018.

2.  This deadline has not yet passed.

3.  The parties have collected approximately half of the signatures required to fully execute the Settlement Agreement to date.

4.  Good cause exists to continue this deadline due to the fact that the parties have a finalized settlement agreement and are gathering signatures from clients.

5.  The Parties reasonably require an additional two weeks to obtain these signatures.

6.  The requested extension is not made for purposes of undue delay.

7.  The undersigned contacted Plaintiff's counsel, Tracey Turner, and Ms. Zerfoss' counsel, Peter Morse, regarding this request via email the morning of July 25, 2018.  As of the

time of this filing, neither party as responded to the undersigned's request.

WHEREFORE, Indiana University, Jason Casares, Amber Monroe, Vivian Hernandez, Katheryn A. Shirck, Adam Herman, Harold Goldsmith respectfully request this Court continue the deadline to file the Stipulation of Dismissal by two (2) weeks, to and including August 8, 2018.

        Respectfully submitted,

        */s/Hamish S. Cohen*
        Hamish S. Cohen, #22931-53
        Jonathan D. Mattingly, #21011-41
        MATTINGLY BURKE COHEN & BIEDERMAN LLP
        155 E. Market St., Suite 400
        Indianapolis, IN 46204
        Phone: (317) 614-7320
        Hamish.Cohen@mbcblaw.com
        Jon.Mattingly@mbcblaw.com

        *Attorneys for Defendants Indiana University, Jason Casares, Amber Monroe, Vivian Hernandez, Katheryn Shirk, Adam Herman and Harold Goldsmith*

## CERTIFICATE OF SERVICE

I hereby certify that on July 25, 2018, a copy of the foregoing was filed electronically. Service of this filing will be made on ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the Court's system.

Eric J. Rosenberg
Tracy L. Turner
Rosenberg & Ball Co. LPA
395 North Pearl St.
Granville, OH 43023
erosenberg@rosenbergball.com
tturner@rosebbergball.com

Peter Morse
Matthew Kowals
Morse Bolduc & Dinos LLC
25 E. Washington St., Suite 750
Chicago, IL 60602
pmorse@morseandbolduc.com
mkowals@morseandbolduc.com

                                                   */s/ Hamish S. Cohen*
                                                   Hamish S. Cohen