IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| AARON FARRER,<br><br>  Plaintiff,<br><br>vs.<br><br>INDIANA UNIVERSITY, et al.<br><br>  Defendants. | Case No. 1:16-cv-3418-TWP-DML<br><br><br>**ORDER OF DISMISSAL** |

This matter came before the Court on the joint motion of the parties for an order of dismissal with prejudice. The Court having read and considered the motion, now GRANTS the motion.

IT IS, THEREFORE, ORDERED that all claims in this case are dismissed with prejudice, with costs and attorneys' fees being taxed against no party.

IT IS SO ORDERED

Date: 8/10/2018

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution to all electronically
registered counsel of record via
CM/ECF